IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01240-RPM-KLM

PAUL DANNELS,

    Plaintiff,

v.

NATIONAL CHECK TRUST, INC., a Florida corporation,

    Defendant.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

---

THE COURT having reviewed the Notice of Dismissal with Prejudice pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay his or its own attorney's fees and costs.

DATED: June 27th, 2008

    BY THE COURT:

    s/Richard P. Matsch
    _____
    U.S. DISTRICT JUDGE